**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00327 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JOHNNY CEPEDA, | |
| Defendant.                               / | |

On April 22, 2014, the Court entered the verdict in this case in which Defendant Johnny Cepeda was found not guilty on Counts One, Two and Three of the Indictment. See Form of Verdict (dkt. 200). Accordingly, the Court now enters judgment against the government and for Defendant Cepeda.

**IT IS SO ORDERED.**

Dated: November 13, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE